UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| David R. Olick, | CIV. NO. 2:15-00410 WBS DAD |
|---|---|
| Plaintiff | ORDER |
| v. | |
| Vivian Lily, | |
| Defendant. | |

----oo0oo----

Plaintiff's motion to strike, (see Docket No. 10), is hereby DENIED.

If plaintiff wishes to file a motion to compel discovery or other motion related to discovery matters, he shall properly notice the motion for a hearing before the assigned magistrate judge pursuant to L.R. 251.

Dated: July 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1