Stephen C. Ruehmann (167533)
RUEHMANN LAW FIRM
770 L Street, Suite 950
Folsom, CA 95630
Tel: (916) 449-3939
steve@ruehmannlawfirm.com


WILLIAM J. MURRAY – BAR #087936
BELZER & MURRAY LLP
3650 Mt. Diablo Blvd., Suite 130
Lafayette, California 94549
Telephone:  925/284-9000
Facsimile:  925/283-5192
E-Mail: Murray@wjmattorneys.com


Attorneys for Debtor/Defendant
VIVIAN LILY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID R. OLICK, | Case No. 2:15-cv-00410-WBS-DAD |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| VIVIAN LILY, | **DATE: JULY 31, 2015**<br>**TIME: 10:00 A.M.**<br>**COURTROOM: 27** |
| Defendant. | |

1

PROOF OF SERVICE OF OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT MOTION FOR DISCOVERY SANCTIONS

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

## PROOF OF SERVICE

I, LYNN EDWARDS, declare as follows:

I am over the age of eighteen years and not a party to the within action; my business address is 3650 Mt. Diablo Blvd., Suite 130, Lafayette, California  94549; I am employed in Contra Costa County, California.

I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.  On July 17, 2015, I served a copy, with all exhibits, of the following documents:

**OBJECTION BY DEFENDANT VIVIAN LILY TO EVIDENCE IN SUPPORT OF MOTION BY PLAINTIFF DAVID OLICK FOR DISCOVERY SANCTIONS**

**OPPOSITION BY DEFENDANT VIVIAN LILY TO MOTION BY PLAINTIFF DAVID OLICK FOR DISCOVERY SANCTIONS**

**DECLARATION OF WILLIAM J. MURRAY IN SUPPORT OF OPPOSITION BY DEFENDANT VIVIAN LILY TO MOTION BY PLAINTIFF DAVID OLICK FOR DISCOVERY SANCTIONS**

on the interested parties in this case by:

__X__   Depositing copies of the above documents in a box or other facility regularly maintained by *California Overnight* or Federal Express for overnight delivery in an envelope or package designated by the carrier with delivery fees paid or provided for, addressed as follows:

>David R. Olick, Esq.
>Attorney and Counselor at Law
>3450 Sacramento Street
>San Francisco, CA 94118

__X__   Causing the above documents to be e-mailed to the addressees as follows:

>Richard A. Canatella, Esq. – rcanatella @drolick.com
>David R. Olick, Esq. – dro@olick.us

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 17, 2015, at Lafayette, California.

>__/s/ Lynn Edwards__
>LYNN EDWARDS