WILLIAM J. MURRAY – BAR #087936
BELZER & MURRAY LLP
3650 Mt. Diablo Blvd., Suite 130
Lafayette, California 94549
Telephone: 925/284-9000
Facsimile: 925/283-5192
E-Mail: Murray@wjmattorneys.com

Attorneys for Debtor/Defendant
VIVIAN LILY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. OLICK,<br><br>             Plaintiff,<br><br>v.<br><br>VIVIAN LILY,<br><br>             Defendant. | Case No. 2:15-cv-00410-WBS-DAD<br><br>**WITHDRAWAL OF CO-COUNSEL STEPHEN C. RUEHMANN AND SUBSTITUTION OF CURRENT CO-COUNSEL  WILLIAM J. MURRAY AS  SOLE COUNSEL OF RECORD FOR DEFENDANT VIVIAN LILY** |

    Subject to the approval of the Court, Stephen C. Ruehmann, co-counsel for Defendant Vivian Lily ("Lily") withdraws from representing Lily in this case, and Lily substitutes as her sole counsel of record representing her in this case, William J. Murray, California State Bar Number 087936, who has already appeared as co-counsel.

1

Mr. Murray's contact information remains:

    WILLIAM J. MURRAY
    BELZER & MURRAY LLP
    3650 Mt. Diablo Blvd., Suite 130
    Lafayette, California 94549
    Telephone:  925/284-9000
    Facsimile:  925/283-5192
    E-Mail: Murray@wjmattorneys.com

I consent to the above withdrawal and substitution.

Date:  August 8, 2015         _____/s/__Vivian Lily_____

                              VIVIAN LILY

I request the withdrawal and consent to being substituted:

    August 6, 2015         _____/s/ Stephen C. Ruehmann_____

                              STEPHEN C. RUEHMANN

I consent to the above substitution.

    August 8, 2015         _____/s/ William J. Murray_____

                              WILLIAM J. MURRAY

1
2  The withdrawal of Stephen C. Ruehmann and the substitution of William J. Murray as sole
3  counsel for Debtor/Defendant Vivian Lily is hereby approved and so ORDERED.
4
5  Dated:  August 12, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3