1   William J. Murray, Esq. (SBN 087936)
    Belzer & Murray LLP
2   3650 Mt. Diablo Blvd., Ste. 130
    Lafayette, CA 94549
3   Tel: (925) 284-9000
    Fax: (925) 283-5192
4   E-Mail: murray@wjmattorneys.com

5

6   Attorneys for Defendant
    Vivian Lily

7

8                UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                    SACRAMENTO DIVISION

10  | In re                          | ) | NO. 2:15-cv-00410-WBS-DAD |
    | VIVIAN LILY,                   | ) | |
11  |                                | ) | Bankruptcy Court Nos. |
    | Debtor.                        | ) | Chapter 7   No. 12-36999-B-7 |
12  |                                | ) | |
    |                                | ) | Adversary Proceeding |
13  |                                | ) | No. 12-02717-B |
    | DAVID R. OLICK,                | ) | |
14  |                                | ) | JOINT APPLICATION TO CONTINUE |
    | Plaintiff,                     | ) | TRIAL BASED ON STIPULATION OF |
15  |                                | ) | THE PARTIES |
    |             v.                 | ) | |
16  |                                | ) | Date:  Trial Date November 1, 2016 |
    | VIVIAN LILY,                   | ) | Time: 9:00 a.m. |
17  |                                | ) | |
    | Defendant.                     | ) | The Honorable William B. Shubb |
18  |                                | ) | Courtroom: 5 |
    |                                | ) | |
19  |                                | ) | |

20

21

22      The parties, Plaintiff David Olick (hereinafter, Olick) and Defendant Vivian Lily

23  (hereinafter, Lily)  by and through their respective counsel, jointly apply for  a continuance of

24  the trial of this matter, currently set for November 1, 2016 respectfully request that the trial date

25  be vacated, and the Court set the matter on calendar for a new trial date anytime subsequent

26  to February 15, 2017.

27      The continuance is being sought because of ongoing serious health problems of Vivian

28  Lily, which may require surgical intervention, to enable the parties to have an opportunity to

1   pursue active settlement discussions and to enable David R. Olick to complete a jury trial in

2   the San Mateo Superior Court (No. PRO124018) scheduled to begin on October 24, 2016 and

3   scheduled to proceed for at least a month.

4         This case is one of two involving Olick and Lily, the second being their dissolution

5   action, pending in Solano County, Case No.  FFL 114985 (hereinafter, the Dissolution

6   Case.)  No trial date has been set in that action.  There are overlapping issues in these cases

7   and Olick and Lily are interested in reaching a global settlement of both this case and the

8   Dissolution Case. Settlement has been facilitated by the home (whose title is contested)

9   having its market value restored and one mortgage having been forgiven.

10        The parties have been engaged in serious negotiations, which were restarted recently in

11  light of this development.   There is not adequate time to conclude these negotiations and, it is

12  hoped reach a global settlement, given the current trial date and the pretrial preparation

13  required.

14        The ability to conclude these negotiations before having to switch focus to trial

15  preparation based on the current trial date is complicated by health problems of Lily.  As set

16  forth in the Declaration of Laura Fox, filed herewith, Lily had two major surgeries in 2015 and in

17  2016.   The goal of the surgeries was to curtail the frequent infections, which Lily experiences,

18  which have resulted in sepsis on more than one occasion.  Unfortunately, she still suffers from

19  frequent infections.

20        Lily now faces possible additional surgical procedures. She has previously had an

21  angiogram and angioplasty. Recently she has been experiencing extreme chest pain and is

22  scheduled for testing on September 30, which may be followed by an angiogram or

23  angioplasty or other intervention to address her cardiac issues. Lily's ability to participate

24  directly in settlement discussions over the next few weeks is doubtful (and even her ability to

25  appear at trial)  as she may need weeks or months to recover from procedures she may

26  undergo.

27  / / /

28  / / /

1    As set forth in the Declaration of Olick, who is both a party and co-counsel in this case,

2  he has a large and complicated jury trial set for October 24, 2016 in San Mateo County

3  Superior Court which is anticipated to go well beyond November 1, 2016.

4    It is hoped that with additional time the parties can reach an overall settlement of the

5  litigation between them, thereby avoiding the expenditure of judicial resources and the costs

6  associated with trials in two forums.   If the parties are unable to reach a negotiated settlement

7  on their own, they anticipate asking the Court to refer this matter to a Magistrate Judge for a

8  settlement conference.

9    The parties respectfully ask that the trial date be vacated, and that the case be set for

10  trial any time subsequent to, February 15, 2017 which is acceptable to both parties and their

11  counsel, with all dates set in the Final Pretrial Order adjusted to the new trial date.

12

13 STIPULATION

14    Lily and Olick stipulate as follows:

15    1.    In Order that settlement discussions may be pursued effectively, and that medical

16  problems for Vivian Lily may be resolved and a conflicting trial may be conducted by David R.

17  Olick that the trial date of this matter currently set for November 1, 2016, be vacated.

18    2.    That the Court set the case for trial after February 15, 2017 on a date convenient to

19  the Court.

20    3.    That all dates set in the Final Pretrial Order be adjusted to correspond to

21  the new trial date.

22

23  DATED: September 22, 2016

        /s/ David R.Olick
        DAVID R. OLICK

24

        Attorney for Plaintiff

25  DATED:   September 22, 2016

        /s/William Murray
26         WILLIAM MURRAY

27          Attorney for Defendant

28

ORDER

Based on the Stipulation of the Parties, and GOOD CAUSE APPEARING:

1.  The trial date in this matter, November 1, 2016, is vacated.

2.  The case is continued for trial on <u>Tuesday, February 14, 2017 at 9:00 a.m.</u>

3.  Deadlines set in the Final Pretrial Order will be adjusted based on the new trial date.

IT IS SO ORDERED.

Dated:  September 28, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE