William J. Murray, Esq. (SBN 087936)
Belzer & Murray LLP
3650 Mt. Diablo Blvd., Ste. 130
Lafayette, CA 94549
Tel: (925) 284-9000
Fax: (925) 283-5192
E-Mail: murray@wjmattorneys.com

Attorneys for Defendant
Vivian Lily

DAVID R. OLICK, No. 72152
Attorney at Law
3450 Sacramento Street, No. 509
San Francisco, CA 94118
Tel: 707-750-1005
Fax: 925-401-9419
E-Mail: dro@olick.us

Attorney for David R. Olick

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID R. OLICK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIVIAN LILY,<br><br>　　　　Defendant. | Case No. 2:15-cv-00410-WBS-DAD<br><br>Bankruptcy Court Nos.<br>Chapter 7   No. 12-36999-B-7<br><br>Adversary Proceeding<br>No. 12-02717-B<br><br>JOINT APPLICATION TO CONTINUE TRIAL BASED ON STIPULATION OF THE PARTIES<br><br>Date:　Trial Date February 14, 2017<br>Time: 9:00 a.m.<br><br>The Honorable William B. Shubb<br>Department 5 |

　　　　The parties, Plaintiff David Olick (hereinafter, Olick) and Defendant Vivian Lily (hereinafter, Lily) by and through their respective counsel, jointly apply for a continuance of the trial of this matter, currently set for February 14, 2017, respectfully request that the trial date be

1

vacated, and the Court set the matter on calendar for a new trial date anytime subsequent to September 4, 2017.  At the request of Plaintiff, we also respectfully request that trial not be held on September 21-22.

The continuance is being sought on two related grounds.  First, Lily's continued serious health problems continue to impair her ability to participate in settlement efforts, or should they fail, in trial preparation and trial.   Within the last sixty days she has had an angioplasty and been treated for numerous infections.   Second, there is a strong possibility that this adversary proceeding may well be settled, but such potential settlement is linked to the resolution of other litigation.  A continuance will enable the parties to have an opportunity to pursue active settlement discussions, and for the related action to be resolved.

This case is one of two involving Olick and Lily, the second being their dissolution action, pending in Solano County, Case No.  FFL 114985 (hereinafter, the "Dissolution Case.")  No trial date has been set in that action.  There are overlapping issues in these cases and Olick and Lily are interested in reaching a global settlement of both this case and the Dissolution Case.  A key common issue is the rights of the parties relating to the real property at 846 Leeds Court, Benicia (hereinafter, the "Subject Property") , which was acquired during their marriage.

There is yet a third case, the outcome of which is significant for both the adversary proceeding and the Dissolution Case, in which Lily has sued the Bank of America, seeking to remove an improper second deed of trust and damages.  That case, Lily v. Bank  of America, Case No.  FCS 046863 (hereinafter, the "Bank of America Litigation") is pending in Solano County Superior Court as well.

/ / /

/ / /

/ / /

2

If Lily prevails in the Bank of America Litigation or it is settled, the Subject Property will have substantial equity.  This may facilitate resolution of both the case before this Court and the Dissolution Action.  There are active settlement negotiations between Lily's counsel in that case and counsel for the Bank of America.

It is hoped that with additional time the parties can reach an overall settlement of the litigation between them, thereby avoiding the expenditure of judicial resources and the costs associated with trials in two forums.   If the parties are unable to reach a negotiated settlement on their own, they anticipate asking the Court to refer this matter to a Magistrate Judge for a settlement conference.

The parties respectfully ask that the trial date be vacated, and that the case be set for trial any time subsequent to September 4, 2017 and request that trial not be held on September 21-22 which is acceptable to both parties and their counsel, with all dates set in the Final Pretrial Order adjusted to the new trial date.

STIPULATION

Lily and Olick stipulate as follows:

1.   In Order that settlement discussions may be pursued effectively, and that medical problems for Vivian Lily may be addressed, that the trial date of this matter currently set for February 14, 2017, be vacated.

2.   That the Court set the case for trial after September 4, 2017 on a date convenient to the Court.

/ / /

/ / /

/ / /

3. That all dates set in the Final Pretrial Order be adjusted to correspond to the new trial date.

DATED: January 13, 2017

/s/ David R.Olick (authorized on 1/9/17)
DAVID R. OLICK
Attorney for Plaintiff

DATED:  January 13, 2017

/s/William Murray
WILLIAM MURRAY
Attorney for Defendant

ORDER:

Based on the Stipulation of the Parties, and GOOD CAUSE APPEARING:

1. The trial date in this matter, February 14, 2017, is vacated.

2. The case is reset for trial **on October 3, 2017 at 9:00 a.m.**

3. All deadlines set in the Final Pretrial Order are adjusted based on the new trial date.

IT IS SO ORDERED:

Dated:  January 18, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE