# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>VIVIAN LILY,<br><br>        Debtor.<br>_____<br><br>DAVID R. OLICK,<br><br>        Plaintiff,<br><br>    v.<br><br>VIVIAN LILY,<br><br>        Defendant.<br>_____ | ORDER TO CONTINUE TRIAL<br><br>NO.   2:15-cv-00410-WBS-DAD<br><br>Bankruptcy Court Nos.<br><br>Chapter 7  No. 12-36999-B-7<br><br>Adversary Proceeding<br>No. 12-02717-B |

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the jury trial of this action now set for January 23, 2018 is reset to January 15, 2019 at 9:00 a.m. The final pretrial conference now set for January 16, 2018 is reset to January 7, 2019 at 1:30 p.m.

Dated: January 11, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-