UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VIVIAN LILY,<br><br>               Debtor.<br><br>DAVID R. OLICK,<br><br>               Plaintiff,<br><br>               v.<br><br>VIVIAN LILY,<br><br>               Defendant. | NO. 2:15-cv-00410-WBS-DAD<br><br>Bankruptcy Court Nos.<br>Chapter 7    No. 12-36999-B-7<br><br>Adversary Proceeding<br>No. 12-02717-B<br><br>ORDER TO CONTINUE TRIAL AND FINAL PRETRIAL CONFERENCE<br><br>Date:    Trial Date: January 15, 2019<br>Time: 9:00 a.m.<br><br>The Honorable William B. Shubb<br>Courtroom: 5 |

    Pursuant to the stipulation of the parties and good cause appearing therefor,

    IT IS HEREBY ORDERED that the jury trial of this action now set for January 15, 2019 is reset to **September 17, 2019 at 9:00 a.m.** The Status Conference re Divorce Proceedings and the Final Pretrial Conference now set for January 7, 2019 are reset to **July 22, 2019 at 1:30 p.m.**

    .

Dated: December 6, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE