DAVID R. OLICK, Cal. Bar No. 72152
Attorney and Counselor at Law
P.O. Box 6122
San Francisco, CA 94118
Tel: 707-750-1005
email: dro@olick.us

Attorneys for Plaintiff DAVID R. OLICK

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>VIVIAN LILY,<br><br>          Debtor.<br><br>DAVID R. OLICK,<br><br>          Plaintiff,<br><br>     v.<br><br>VIVIAN LILY,<br><br>          Defendant. | No. 2:15-cv-00410-WBS-DAD<br><br>Bankruptcy Court Nos.<br><br>Chapter 7   No. 12-36999-B-7<br><br>Adversary Proceeding No: 12-02717-B<br><br><br>ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE |

Good cause appearing therefor,

IT IS HEREBY ORDERED that the jury trial herein now set for September 17, 2019 is continued to commence on **March 17, 2020 at 9:00 a.m.** The Status Conference Re Divorce Proceedings and Final Pretrial Conference are reset to **January 21, 2020 at 1:30 p.m.**

Dated: July 18, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE