DAVID R. OLICK, Cal. Bar No. 72152
Attorney and Counselor at Law
P.O. Box 6122
San Francisco, CA 94118
Tel: 707-750-1005
email: dro@olick.us
Attorney for Plaintiff DAVID R. OLICK

UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>VIVIAN LILY,<br>     Debtor.<br><br>DAVID R. OLICK,<br>     Plaintiff,<br>   v.<br>VIVIAN LILY,<br>     Defendant. | No. 2:15-cv-00410-WBS-DAD<br><br>Bankruptcy Court Nos.<br><br>Chapter 7 No. 12-36999-B-7<br><br>Adversary Proceeding No: 12-02717-B<br><br>STIPULATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE |

This case together with the companion state court dissolution proceeding has been settled. Pursuant to that agreement, this action is hereby dismissed without prejudice.

DATED: January 9, 2020     /s/ David R Olick
                 DAVID R. OLICK

DATED: January 9, 2020     /s/ William Murray
                 Attorney for VIVAN LILY

**IT SO SO ORDERED.**

Dated: January 14, 2020

                 _[signature]_
                 WILLIAM B. SHUBB
                 UNITED STATES DISTRICT JUDGE